**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

TYLO MAURICE MULLINS,

    Petitioner,

-vs-                                    Case No. 8:05-CV-1430-T-30TBM

JAMES V. CROSBY, JR.,

    Respondent.
_____/

## ORDER

This cause is before the Court on Respondent's Motion to Accept Response in Excess of Page Limit (Dkt. 5). Respondent attached the Response to Petition for Writ of Habeas Corpus, Memorandum of Law and Motion to Dismiss to the motion for leave to exceed the page limit (Dkt. 6, Attach.).

Local Rule 3.01(c) (M.D. Fla.) provides that "[a]bsent prior permission of the Court, no party shall file any brief or legal memorandum in excess of twenty (20) pages in length." In his motion, Respondent asserts he cannot adequately address the procedural history of this case and the merits of all four grounds for relief set out in the petition in a twenty (20) page document.

Pursuant to Local Rule 1.01(c), "[t]he Court may suspend application and enforcement of these rules, in whole or in part, in the interests of justice in individual cases by written order." The Court finds that good cause exists to grant an exception to Local Rule 3.01(c).

**ACCORDINGLY**, the Court **ORDERS** that:

1. Respondent's Motion to Accept Response in Excess of Page Limit (**Dkt. 5**) is **GRANTED**.

2. The **Clerk** is directed to file Respondent's **Response to Petition for Writ of Habeas Corpus, Memorandum of Law and Motion to Dismiss**.

3. Petitioner shall have **TWENTY (20) DAYS** from the date of this order to file a reply to the response.  See Rule 5(e), Rules Governing Section 2254 cases (2004).  Thereafter, this matter will be taken under advisement and an order entered thereon without further notice.

**ORDERED** at Tampa, Florida, on \_\_\_\_2/6/\_\_\_\_, 2006.

THOMAS B. McCOUN
UNITED STATES MAGISTRATE JUDGE

Copy to: All Parties/Counsel of Record
SA:jsh